■ The People of the State of New York, Respondent, v Matthew Salko, Appellant.—Judgment, Supreme Court, New York County, rendered on November 17, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL

460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Yesawich, JJ.